*EAG*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

_Kenneth R. Mannie Sr_ )

_____, )

**Plaintiff(s),**

**vs.**

_HealthCare Solutions_ )
_Times Insurance / Assurant_ )
_State of Illinois Department of Insurance_ )

**Defendant(s).** )

1:16-cv-04990
Judge Charles R. Norgle, Sr
Magistrate Judge Susan E. Cox

Case No.

**RECEIVED**

MAY 0 5 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

### COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a* **pro se** *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and

   laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is _Kenneth Ray Mannie Sr_ .

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

4. Defendant, *Health Care Solutions Times Insurance / Assurant Health State of Illinois Department of Insurance* , is
(name, badge number if known)

☑ an officer or official employed by *HealthCare Solution / times Insurance Assurant Health Illinois Department of Insurance* or
(department or agency of government)

☐ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official

acted is_____. As to plaintiff's federal

constitutional claims, the municipality, township or county is a defendant only if

custom or policy allegations are made at paragraph 7 below.

6. On or about *May 10 2015* , at approximately *10:00* ☑ a.m. ☐ p.m.
(month, day, year)

plaintiff was present in the municipality (or unincorporated area) of _____

_____ , in the County of _____ ,

State of Illinois, at _____ ,
(identify location as precisely as possible)

when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

☐ arrested or seized plaintiff without probable cause to believe that plaintiff had
committed, was committing or was about to commit a crime;
☐ searched plaintiff or his property without a warrant and without reasonable cause;
☐ used excessive force upon plaintiff;
☐ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by
one or more other defendants;
☐ failed to provide plaintiff with needed medical care;
☐ conspired together to violate one or more of plaintiff's civil rights;
☒ Other: *The three (3) defendants collaborated*
*to REVOKE license to operate our agency*
*thus putting our organization "Out of Business"*

2

_This took place after Plaintiff Filed Official Complaint with the Illinois Department of Insurance._

7.  Defendant officer or official acted pursuant to a custom or policy of defendant

    municipality, county or township, which custom or policy is the following: (*Leave blank*

    *if no custom or policy is alleged*):_____

    _____

    _____

    _____.

8.  Plaintiff was charged with one or more crimes, specifically:

    _Forging Checks Committing activities_
    _unbecoming to our appointment._

    _____

    _____

    _____

9.  (*Place an X in the box that applies. If none applies, you may describe the criminal*
    *proceedings under "Other"*) The criminal proceedings

    ☒ are still pending.

    ☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

    ☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a

    fair trial as follows_____

    _____.

    ☐ Other: _____.

    _____

    [1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent
    may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the
    conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

Defendants held hearing alledging our Commitment of crimes without any evidence or complaints against us.

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows:

Our organization wrote Legislation "Bill" that two (2) Illinois Senators were set to pass in the Illinois Legislature. Defendants Charges and procedures Cause our organization to be removed from Contract consideration for the "Bill" that we wrote.

13. Plaintiff asks that the case be tried by a jury. ☒ Yes ☐ No

4

14.     Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such

        as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy,

        and/or any other claim that may be supported by the allegations of this complaint.


        **WHEREFORE,** plaintiff asks for the following relief:

        A.      Damages to compensate for all bodily harm, emotional harm, pain and suffering,

                loss of income, loss of enjoyment of life, property damage and any other injuries

                inflicted by defendant;

        B.      ☒ *(Place X in box if you are seeking punitive damages.)* Punitive damages

                against the individual defendant; and

        C.      Such injunctive, declaratory, or other relief as may be appropriate, including

attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

        Plaintiff's signature: _K R Mm_

        Plaintiff's name *(print clearly or type)*: _Kenneth R. Mannie Sr_

        Plaintiff's mailing address: _951 East 193rd Street_

        City _Glenwood_        State _IL_     ZIP _60425_

        Plaintiff's telephone number: _(708) 224-1463_.

        Plaintiff's email address *(if you prefer to be contacted by email)*: _____

        _Krmanniesr@aol.com_

15.     Plaintiff has previously filed a case in this district.   ☐ Yes   ☒ No

        *If yes, please list the cases below.*


*Any additional plaintiffs must sign the complaint and provide the same information as the first
plaintiff. An additional signature page may be added.*

5

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 440-2016-02505 |

| Illinois Department Of Human Rights | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Mr. Kenneth R. Mannie, Sr.** | **(708) 757-9004** | **04-25-1953** |
| Street Address                                City, State and ZIP Code | | |
| **951 East 193rd Street, Glenwood, IL 60425** | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **ILLINOIS DEPARTMENT OF INSURANCE** | **500 or More** | **(217) 782-4515** |
| Street Address                                City, State and ZIP Code | | |
| **320 West Washington Street,  Springfield, IL 62701** | | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |
| Street Address                                City, State and ZIP Code | | |
| | | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest                     Latest
**02-09-2016**

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

My agency was licensed through this agency. I made a complaint to this agency, and subsequently, my agency's license was revoked. Respondent refuses to reinstatement my insurance license or investigate my complaint.

I believe that I have been discriminated against because of my race, Black, in violation of Title VII of the Civil Rights Act of 1964, as amended.

FEB 09 2016

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Feb 09, 2016**          _K R M___<br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 440-2016-02503 |

**Illinois Department Of Human Rights** and EEOC

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Mr. Kenneth R. Mannie, Sr.** | **(708) 757-9004** | **04-25-1953** |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| **951 East 193rd Street, Glenwood, IL 60425** | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **HEALTHCARE SOLUTIONS** | **500 or More** | **(630) 925-4079** |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| **1900 South Highland Avenue, Lombard, IL 60148** | | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| | | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN

☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION

☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest          Latest
                      **02-09-2016**

☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

My agency had a contract with Respondent and our independent agents worked with Respondent. Respondent took money out of our bank account without authorization and then conspired to have our license revoked. I complained to no avail.

I believe that I have been discriminated against because of my race, Black, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Feb 09, 2016**          *K. R. Mannie*<br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 440-2016-02504 |

| Illinois Department Of Human Rights | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| Mr. Kenneth R. Mannie, Sr. | (708) 757-9004 | 04-25-1953 |

| Street Address | City, State and ZIP Code |
|---|---|
| 951 East 193rd Street, Glenwood, IL 60425 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| TIMES INSURANCE/ASSURANT HEALTH | 500 or More | (414) 271-3011 |

| Street Address | City, State and ZIP Code |
|---|---|
| 501 West Michigan Avenue, Milwaukee, WI 53203 | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| | Earliest / Latest |

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN

☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION

☐ OTHER *(Specify)*

Latest: **02-09-2016**

☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

My agency had a contract with Respondent and our independent agents worked with Respondent. Respondent took money out of our bank account without authorization and then conspired to have our license revoked. I complained to no avail.

I believe that I have been discriminated against because of my race, Black, in violation of Title VII of the Civil Rights Act of 1964, as amended.

FEB 09 2016

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| Feb 09, 2016     *K R Mannie*<br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

Department of Workforce Development
**Equal Rights Division**
819 N. 6th Street, Rm. 723
Milwaukee, WI 53203-1697
Telephone:  (414) 227-4384
Fax:          (414) 227-4084
TTY:         (414) 227-4081

**STATE OF WISCONSIN**

## ⬤⬤⬤ DWD
Department of Workforce Development

**Scott Walker,** Governor
**Raymond Allen,** Secretary

---

**NOTICE OF COMPLAINT - EEOC TO PROCESS INITIALLY**

April 22, 2016

TIME INSURANCE CO/
ASSURANT HEALTH
501 W MICHIGAN ST
MILWAUKEE WI 53203
     Respondent

Re:    ERD Case No. CR201600940
       EEOC Case No. 440201602504C

To Whom It May Concern:

The enclosed charge of discrimination, which was originally filed with the Federal Equal Employment Opportunity Commission (EEOC), has also been filed with the State of Wisconsin Equal Rights Division (ERD). The ERD and the EEOC have a work sharing agreement which covers the processing of complaints of discrimination that are prohibited under both federal law and the Wisconsin Fair Employment Act. The work sharing agreement provides that the agency which originally receives the complaint will process it first. Therefore, the ERD will take no action pending the EEOC's processing of this complaint.

If you have any further questions regarding this case, please contact the EEOC at 414-297-1112. Remember to have your EEOC case number ready for reference.

cc:    Complainant
      EEOC

Enclosure

ERD-7087-MAD-E (R. 01/16)